RECEIVED

2016 JUN 15 PM 3:

UNITED STATES DISTRICT COURT
OFFICE OF THE PROBATION OFFICER
EASTERN DISTRICT OF TENNESSEE

U.S. MARSHAL CO
CHATTANOOGA, TENN



6:16mj93

PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

Name of Offender: Jonathan Walker                Case Number: 4:14-CR-1-001

Name of Sentencing Judicial Officer: The Honorable Harry S. Mattice, Jr.
United States District Judge

Date of Original Sentence: October 20, 2014

Original Offense: Counterfeiting Obligations of the United States

Class: C Felony                                  Criminal History Category: III

Original Sentence: 27 months imprisonment; 3 years supervised release

**Modification - January 1, 2016**: The defendant shall reside at the Salvation Army Residential Re-Entry/Rehabilitation Center, Chattanooga, Tennessee, for a period of up to 180 days in order to secure employment and a stable residence.

Type of Supervision: Supervised Release

Date Supervision Commenced: February 5, 2016

Date Supervision Expires: February 4, 2019

Assistant U.S. Attorney: James T. Brooks          Defense Attorney: Gianna Maio

Revocation Guideline Range: 5-11 Months           Statutory Maximum: 2 years

*************************************

## PETITIONING THE COURT

The probation officer believes that the offender has violated the following conditions of his term of supervised release (TSR):

PETITION FOR WARRANT FOR OFFENDER  Page 2
UNDER SUPERVISION
Re:   WALKER, Jonathan                                     Case Number: 4:14-CR-1-001

| Violation Number | Nature of Non-compliance |
|---|---|
| 1 | **General Condition:** The defendant shall not commit another federal, state, or local crime. |
| 2 | **General Condition:** The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. |
| 3 | **Standard Condition #7:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances except as prescribed by a physician. |
| 4 | **Standard Condition #8:** The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered, or other places specified by the Court. |
| 5 | **Special Condition:** The defendant shall participate in a program of testing and/or treatment for drug and/or alcohol abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. |

Mr. Walker is being supervised in the Eastern District of Texas (ED/TX). On June 14, 2016, this officer received a Violation Memorandum from United States Probation Officer (USPO) Rick Ramos in Plano, Texas, which indicated the following:

On April 5, 2016, the defendant was transported via EMS to Parkland Hospital in Dallas, Texas, where he was treated after <u>ingesting 3-4 grams of methamphetamine</u>.

On May 13, 2016, the defendant submitted a urine test that tested <u>positive</u> for opiates.

On June 9, 2016, the offender was transported for the second time to Parkland Hospital where he received treatment for methamphetamine use. During a search of his person at the hospital, <u>1.93 grams of methamphetamine was found in the offender's possession</u>.

On or about June 9, 2016, in Dallas County, Texas, the defendant <u>committed</u> the offense of possession of methamphetamine. No charges have been filed as of this date.

On June 13, 2016, the defendant submitted a urine sample that tested <u>positive</u> for methamphetamine.

PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION
Re: WALKER, Jonathan

Page 3

Case Number: 4:14-CR-1-001

On all the aforementioned occasions, the defendant either <u>admitted</u> usage and/or the specimens were <u>confirmed positive</u> by Alere Toxicology Services.

The United States Probation Office has attempted to assist the defendant with his drug addiction by placing him on a random drug screening program and referring him to outpatient substance abuse treatment with Fletcher Counseling and Associates in Plano, Texas. On April 5, 2016, and June 9, 2016, the defendant was taken into custody by the Irving Police Department and transported to Parkland Hospital for treatment on his <u>admitted</u> drug use. On both occasions, police determined that the defendant was a <u>threat to himself and others</u> and transported him to the Psych Ward of Parkland Hospital for a mental health evaluation. The defendant was subsequently released from Parkland Hospital on both occasions after it was determined that he did not have any mental health issues other than drug addiction. Following his release from Parkland Hospital on June 13, 2016, the defendant's father has refused to allow him to reside with him and his family due to his violent behavior and drug use. The defendant is homeless and residing in homeless shelters.

<u>**ASSESSMENT OF FLIGHT/DANGER AND BOND RECOMMENDATION**</u>: Mr. Walker is 32 years old. He is on supervision after being convicted of Counterfeiting Obligations of the United States. His Criminal History Category is III.

Based on the information above, it is clear that <u>Mr. Walker suffers from a very serious methamphetamine addiction that is completely out of control</u>. Attempts at intervention by the probation office in the ED/TX, including through outpatient substance abuse treatment, have failed.

In addition, according to his Presentence Report, Mr. Walker has three (3) prior adult convictions for Theft by Deception/Burglary, Unlawful Manufacturing a Controlled Substance, and Driving While License Suspended. Mr. Walker has also been arrested on at least six (6) other occasions for Assault/Escape, Attempted Possession/Receiving of a Controlled Substance, Driving on Suspended License, Criminal Simulation (2), and Possession of Schedule II Drugs/Possession of Drug Paraphernalia.

Based on the information above, and considering the severity of Mr. Walkers's methamphetamine addiction and violent behavior, the probation office considers him to be both a danger to the community and a risk to flee. Therefore, it is respectfully recommended that he be <u>detained</u> pending a revocation hearing before the Court.

Petitioning the Court to order:

That a <u>Warrant</u> be issued and the defendant be ordered to appear in court for a hearing to determine whether the term of supervision should be revoked.

PETITION FOR WARRANT FOR OFFENDER  Page 4
UNDER SUPERVISION
Re: WALKER, Jonathan    Case Number: 4:14-CR-1-001

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2016.

Respectfully Submitted,

*[signature]* Lenard Reshard Montgomery 2016.06.15 14:09:59 -04'00'

Reshard Montgomery
United States Probation Officer

APPROVED:

*[signature]* Tim Chavers 2016.06.15 14:07:25 -04'00'

Tim Chavers
Supervising United States Probation Officer

LRM:sg

---

ORDER OF COURT:

A <u>Warrant</u> is to be issued and the defendant is ordered to appear in court for a hearing to determine whether the term of supervision should be revoked. This Petition is to be placed under seal until the defendant is arrested or appears in court.

So ordered. ENTER.

*[signature]*

Travis R. McDonough
United States District Judge

RECEIVED

United States District Court
for the
EASTERN DISTRICT OF TENNESSEE

2016 JUN 15 PM 3: ?

.S. MARSHAL, ED ?
ITANOOGA, TENN?

U.S.A. vs Jonathan Walker    Docket No. 4:14-CR-1-001

TO: ¹Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | |
| NAME OF SUBJECT: Jonathan Walker | SEX: Male | RACE: White/Non-Hispanic | AGE: 32 FBI#: 554538VB3 USM#: 47341-074 |
| ADDRESS(STREET, CITY, STATE) 633 North Broadway Avenue, Tyler, Texas 75702 | | | |
| SENTENCE IMPOSED BY (NAME OF COURT) United States District Court, Eastern District of Tennessee - Chattanooga | | | |
| CLERK DEBRA C. POPLIN, CLERK Eastern District of Tennessee | (BY) DEPUTY CLERK | DATE 10/15/2014 | |

| RETURN | | |
|---|---|---|
| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

9444560

1674-0615-2183-D

¹ Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the EASTERN DISTRICT OF TENNESSEE;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."